Order issued December 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-11-01317-CR

---

## TOMMY COLEY, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

# ORDER

---

Before Justices Richter, Lang-Miers, and Myers

We **REINSTATE** this appeal. We **VACATE** our order of December 7, 2012 ordering the trial court to determine whether appellant's amended motion for new trial was filed before or after the court overruled appellant's original motion for new trial.

In his fourth issue on appeal, appellant contends the trial court should have held a hearing on his amended motion for new trial, styled "Second Motion for New Trial and Motion in Arrest of Judgment," filed on October 21, 2011. We agree. In this situation, the appropriate remedy is to abate the appeal and order the trial court to conduct a hearing on the amended motion for new trial. *Hobbs v. State*, 298 S.W.3d 193, 203 (Tex. Crim. App. 2009). Accordingly, we **REMAND** the case to the trial court and **ORDER** the trial court to conduct a hearing on appellant's amended motion for new trial. *See Hobbs*, 298 S.W.3d at 200–203 (Tex. Crim. App. 2009); *see also Clarke v. State*,

270 S.W.3d 573, 580–81 (Tex. Crim. App. 2008); *State v. Moore*, 225 S.W.3d 556, 568–570 (Tex. Crim. App. 2007). We further **ORDER** the trial court to transmit a supplemental reporter's record from the hearing and a supplemental clerk's record containing the order ruling on the amended motion for new trial to this Court within **THIRTY (30)** days of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above orders. The appeal shall be reinstated thirty (30) days from the date of this order or when the supplemental records are received, whichever is earlier.

_____
LANA MYERS
PRESIDING JUSTICE